1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  JAMES E.  SMITH,                              )       No. C 11-0579 LHK (PR)
                                                 )
12              Plaintiff,                        )       ORDER GRANTING PLAINTIFF'S
                                                 )       MOTION REQUESTING AN
13     v.                                        )       EXTENSION OF TIME TO FILE
                                                 )       AMENDED COMPLAINT
14  ANTHONY HEDGEPATH, et al.,                    )
                                                 )
15              Defendants.                       )
                                                 )

16

17         Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C.

18  § 1983.  Before the Court is Plaintiff's motion requesting an extension of time in which to file

    his amended complaint.

19
           Because it appears no party would be prejudiced by an extension, Plaintiff's motion is
20
    GRANTED.  Plaintiff shall file his amended complaint **thirty (30) days** from the date this order
21
    is filed.
22
           This order terminates docket no. 10.
23
           IT IS SO ORDERED.
24
    DATED:    7/1/11
25
                                                         LUCY H. KOH
26                                                       United States District Judge

27

28

Order Granting Plaintiff's Motion Requesting an Extension of Time to File Amended Complaint
P:\PRO-SE\SJ.LHK\CR.11\Smith579.eot-ac.wpd