IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY HEDGEPETH, et al.,<br><br>    Defendants. | No. C 11-0579 LHK (PR)<br><br>JUDGMENT |

The Court has dismissed the civil rights action for failure to state a claim. A judgment of dismissal without prejudice is hereby entered. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 12/22/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\pro-se\sj.lhk\cr.11\Smith579jud